UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| Ronnie Chavious, | ) | Civil Action No. 5:17-cv-02564-BHH-KDW |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| Nancy A. Berryhill, Acting Commissioner of Social Security Administration, | ) | |
| Defendant. | ) | |

On September 22, 2017, Plaintiff, appearing through counsel, filed this action appealing his denial of social security benefits. Defendant filed an answer and copy of the administrative record on January 26, 2018. ECF Nos. 10, 11. Plaintiff's brief in support of his appeal was due by February 26, 2018. *See* Local Civ. Rule 83.VII.04 (D.S.C.); *see also* ECF No. 10. To date, however, Plaintiff has not filed his brief, nor has counsel communicated with the court regarding an extended deadline.

Accordingly, it appears to the court that Plaintiff may wish to abandon this action. If Plaintiff wishes to pursue his appeal, he is ordered to file a brief in support of his appeal no later than **March 19, 2018**. Plaintiff is advised that if he fails to comply with this deadline, the undersigned may recommend that this matter be dismissed with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

March 5, 2018
Florence, South Carolina

Kaymani D. West
United States Magistrate Judge